IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
97 FEB -6 PM 2: 24
U.S. DISTRICT COURT
N.D. OF ALABAMA

REGINALD JONES,)
)
    Plaintiff,)
)
)  CIVIL ACTION NO. 96-RRA-2526-S
)
vs)
)
TCI CABLEVISION OF ALABAMA)
ALABAMA TV CABLE, INC.,)
)
    Defendants.)

**ENTERED**

**FEB 0 6 1997**

## MEMORANDUM OPINION

    The plaintiff has had difficulty naming the defendant. One of the remaining defendants is TCI Cablevision of Alabama, who has filed a motion for summary judgment. The affidavit of Barry Kerr, attached to the said motion, states that he is employed by TCI Cablevision of Alabama, Inc., as Area Manager. He further states that as a part of his duties he has access to the plaintiff's personnel files, and that those files show that the plaintiff was not employed by TCI Cablevision of Alabama during the time in question, but by Alabama T.V. Cable, Inc., another named defendant. The plaintiff was given time to respond to the summary judgment motion and informed by the magistrate judge that the failure to respond would be deemed a confession of the issue. The plaintiff has not responded.

13

Wherefore, it appears that TCI Cablevision of Alabama's summary judgment motion is due to be granted and the claims against it dismissed. An appropriate order will be entered.

DONE this 6th day of February, 1997.

J. FOY GUIN, JR.,
SENIOR UNITED STATES DISTRICT JUDGE